THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUGH A. FLOOD, Relator, v. ARTHUR O. WOODS, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements.  No opinion.  Mills, Rich, Putnam, Kelly and Jaycox, JJ., concurred.

ELIZABETH A. BROWN, Appellant, v. EVELYN CHASE, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

CONTINENTAL PRODUCING COMPANY, INC., Respondent, v. MAURICE A. SHEA, Defendant, and ISAAC SLUTZKER, Appellant, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

ADOLPH HABICH, Appellant, v. RICHARD H. SMITH, Respondent.— We do not disturb the verdict upon the weight of evidence, but feel constrained to reverse the judgment and grant a new trial for errors in the admission of evidence at folios 382 and 386 of the record.  Judgment and order denying motion for a new trial reversed, and new trial granted, costs to abide the event, and order denying motion to vacate and set aside verdict on the ground of improper conduct of the jury affirmed, without costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

KATHERINE HAYES, Respondent, v. THOMAS H. HAYES, Appellant.— Order for alimony and counsel fee affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

WILLETT E. HOYSRADT and SIGMUND HORKIMER, as Temporary Receivers of CONNECTICUT ALLOYED METALS CO., INC., Respondents, v. MANUFACTURERS FINANCE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

SIWERT ISENE, Respondent, v. GEORGE H. WARREN and LLOYD WARREN, as Trustees, etc., of GEORGE H. WARREN, Deceased, Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that plaintiff's delay to prosecute the action was unreasonable and the excuse therefor presented in his behalf entirely inadequate.  Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

HARRY J. KILE, Respondent, v. FRANCES C. KILE, Appellant.— Order affirmed, without costs.  No opinion.  Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.